IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| BNSF RAILWAY COMPANY,<br><br>    Plaintiff,<br><br>    -vs-<br><br>DOWN TO EARTH TRUCKN, INC., a North Dakota corporation, DOWN TO EARTH TRUCKING, INC., a Minnesota corporation, TOP SHELF ENERGY, LLC, a North Dakota limited liability corporation, SELLAND CONSTRUCTION, INC., a Washington corporation,<br><br>    Defendants. | CV-20-97-GF-BMM<br><br><br><br>ORDER |

    Defendants Down to Earth Truckn, Inc. and Down to Earth Trucking, Inc. have filed a Notice of Settlement and Unopposed Motion to Vacate Deadlines. The Court having been notified of the settlement in this case, and it appearing that no issue remains for the Court's determination,

    IT IS HEREBY ORDERED that within 30 days of the date of this Order, the parties shall file a stipulation to dismiss together with a proposed order dismissing the case.

IT IS FURTHER HEREBY ORDERED that the preliminary pretrial conference (Doc. 8) and all deadlines are VACATED.

DATED this 24th day of March, 2021.

_____
Brian Morris, Chief District Judge
United States District Court